# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAPHNE SNOOK | : |
| Plaintiff, | : |
| v. | : 4:14-CV-948 |
| | : (JUDGE MARIANI) |
| MIDD-WEST SCHOOL DISTRICT, et al. | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 16TH DAY OF MARCH, 2015**, upon consideration of Defendant Orris Knepp, III's Motion to Dismiss (Doc. 11) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's motion is **GRANTED**; specifically:

1. Defendant's motion is **GRANTED** as to Count I (First Amendment), Count II (Fourteenth Amendment Procedural Due Process), Count III (Fourteenth Amendment Substantive Due Process), and Count VII (Abuse of Process) of Plaintiff's Amended Complaint. These claims are **DISMISSED WITH PREJUDICE**.

2. Defendant's motion is **GRANTED** as to Count VI (Defamation) of Plaintiff's Amended Complaint. Plaintiff's Defamation claim is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff is **HEREBY GRANTED 14 days from the date of this Order** to file a Second Amended Complaint as to Count VI.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge